# Court of Appeals
# of the State of Georgia

ATLANTA, __March 30, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A1150. THOMPSON v. BANK OF AMERICA.**

Appellant's brief and enumerations of error were due to be filed on March 12, 2015. This Court granted Appellant's "Motion to Extend Time for Filing Appellant's Brief," giving Appellant until March 20, 2015, to file. That date has passed, and Appellant's brief and enumerations of error have not been filed. Accordingly, this appeal is **DISMISSED** pursuant to Court of Appeals Rules 13, 15 (a), and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/30/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*